JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4803
Facsimile: (415) 744-0134
E-Mail: andrea.banks@ssa.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TORRANCE CARR, | Case No.: 2:22-cv-01069-DJA |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| KILILO KIJAKAZI, Acting Commissioner of Social Security, | (***FIRST REQUEST***) |
| Defendant. | |

1  Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by
2  and through her undersigned attorneys, hereby moves for a 45-day extension of time to file the Certified
3  Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to Plaintiff's
4  Complaint are due to be filed by September 20, 2022.  This is the Commissioner's first request for an
5  extension of time.
6  Defendant submits that good cause exists for this extension request.  On September 16, 2022, the
7  undersigned counsel for the Commissioner has confirmed this case is in line to be processed by the
8  agency but the process is still not completed. More time is needed for the agency to respond to Plaintiff's
9  complaint. Defendant respectfully requests a 45 day extension in which to respond to the Complaint until
10 November 4 2022.
11 On September 16, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition
12 to the requested extension.
13 It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR
14 and answer to Plaintiff's Complaint, through and including November 4, 2022.
15 //
16 //
17 //
18 //
19 //
20 //
21 //

Dated: September 19, 2022

JASON M. FRIERSON
United States Attorney

*/s/ Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/20/2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Leonard Stone
> Shook & Stone, Chtd.
> 710 S Fourth Street
> Las Vegas, NV 89101
> 702-385-2220
> Email: lstone@shookandstone.com
>
> Marc V Kalagian
> Law Offices of Lawrence D. Rohlfing, Inc., CPC
> 12631 East Imperial Highway,
> Suite C115
> Santa Fe Springs, CA 90670
> (562) 273-3702
> Fax: (562) 868-5491
> Email: marc.kalagian@rksslaw.com
> Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2022

/s/ *Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney

Unopposed Mot. for Ext.; No. 2:22-cv-01069-DJA