JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4803
Facsimile: (415) 744-0134
E-Mail: andrea.banks@ssa.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TORRANCE CARR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01069-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM AND RESPONSE TO PLAINTIFF'S MOTION FOR REVERSAL**<br><br>(*FIRST REQUEST*) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 10-day extension of time to file Defendant's Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal. The current deadline is January 13, 2023. This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request. Defendant's counsel is conferring with her client regarding the issues raised in this case and possible settlement. Defendant respectfully requests a 10 day extension to allow time for a response from her client.

On January 12, 2023, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, through and including Monday, January 23, 2023.

Dated: January 12, 2023

JASON M. FRIERSON
United States Attorney

*/s/ Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2023

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM AND RESPONSE TO PLAINTIFF'S MOTION FOR REVERSAL** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Leonard Stone
> Shook & Stone, Chtd.
> 710 S Fourth Street
> Las Vegas, NV 89101
> 702-385-2220
> Email: lstone@shookandstone.com
>
> Marc V Kalagian
> Law Offices of Lawrence D. Rohlfing, Inc., CPC
> 12631 East Imperial Highway,
> Suite C115
> Santa Fe Springs, CA 90670
> (562) 273-3702
> Fax: (562) 868-5491
> Email: marc.kalagian@rksslaw.com
> Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2023

/s/ *Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney

Unopposed Mot. for Ext.; No. 2:22-cv-01069-DJA