AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Torrance Carr,

        Plaintiff,

v.

Kilolo Kijakazi,

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:22-cv-01069-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Torrance Carr be awarded attorney fees in the amount of THREE THOUSAND THREE HUNDRED-SIX dollars AND SEVENTY-SIX cents ($3,306.76) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and zero costs in the amount under 28 U.S.C. § 1920.

03/20/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ L. Ortiz  
Deputy Clerk